UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Cause No. 2:16-cr-63 |
| | ) | |
| CESAR ORTIZ IZAGUIRRE, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

This matter is before me on the Findings and Recommendation of Magistrate Judge Andrew P. Rodovich relating to defendant Cesar Ortiz Izaguirre request to enter a plea of guilty to Count 1 of the Indictment, pursuant to Rule 11 of the Federal Rules of Criminal Procedure. (DE 38.) Following a hearing on the record on November 16, 2016, Judge Rodovich found that Izaguirre understands the nature of the charge, his rights, and the maximum penalties; that he is competent to plead guilty; that there is a factual basis for Izaguirre's guilty plea; and that Izaguirre knowingly and voluntarily entered into his agreement to enter a plea of guilty. (*Id.*) Judge Rodovich recommends that I accept Izaguirre's plea of guilty and proceed to sentencing. (*Id.*) Neither party has filed an objection to Judge Rodovich's Findings and Recommendation.

Accordingly, I hereby **ADOPT** the Findings and Recommendation of the Magistrate Judge Upon a Plea of Guilty (DE 38) in their entirety. Defendant Cesar Ortiz Izaguirre is **ADJUDGED GUILTY** of Count 1 of the indictment, and the sentencing

1

hearing is **SET** for **February 23, 2017, at 10:00 a.m.** Hammond/Central Time.

**SO ORDERED.**

ENTERED: December 1, 2016.

s/ Philip P. Simon
CHIEF JUDGE
UNITED STATES DISTRICT COURT
